

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 04, 2026.**



_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKR
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

_____

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-50865 |
| | § | |
| MISHCHENKO, ROBERTA, | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER GRANTING IN PART AND DENYING IN PART  MOTION FOR EXTENSION OF STAYPURSUANT TO §362(c)(3)(B)

On April 27, 2026, came on to be considered the _Motion for Extension of Stay Pursuant to §362(c)(3)(B)_  filed by  Roberta  Mishchenko, Debtor on April 13, 2026, document number 9 (the "Motion") together with the _Response In Opposition to Debtor's Motion for Extension of Stay Pursuant to 11 U.S.C. §362(c)(3)(B)_ filed by The Exchange 09, LLC [ECF 20] (the "Response"). After consideration of the Motion, the Response, the evidence offered and admitted, and the arguments of counsel of record, the Court finds as follows:

1. that the presumption of bad faith has been overcome by the Debtor as to the assets of the Debtor;
2. the Debtor acted in good faith as to the creditors of the Debtor in filing this Chapter 7 bankruptcy;
3.  the property located at 516 Nevada Street, San Antonio, Bexar County, Texas is titled in the name of March Eleven LLC and is not an asset of the Debtor;
4. March Eleven LLC is not a debtor in the instant bankruptcy proceeding.

IT IS THEREFORE ORDERED that the _Motion for Extension of Stay Pursuant to §362(c)(3)(B)_  is hereby GRANTED in PART and that the Automatic Stay is extended for the entire term of this proceeding to all creditors of the Debtor as to the assets of the Debtor in accordance with 11 U.S.C. §362.   It is further

ORDERED that because of Finding No. 3 above, the Automatic Stay does not apply to the property located at 516 Nevada Street, San Antonio, Bexar County, Texas.

# # #

/S/ L. David Levinson

_____

L. DAVID LEVINSON
L. DAVID LEVINSON, P.C.
8207 Callaghan Road, Suite 345
San Antonio, TX    78230
(210) 829-5033
David@LevinsonLaw.com

ATTORNEY FOR DEBTOR